605-07/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff Seafreezers S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



SEAFREEZERS S.A.,

    Plaintiff

- against -

FRITO LAY MANUFACTURING LIMITED,

    Defendant

07 CV 11033

**RULE 7.1 STATEMENT**

Plaintiff SEAFREEZERS S.A., by and through its attorneys Freehill, Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (nongovernmental) party, that has no corporate parents and that no publicly held corporation owns 10% or more of their stock.

Dated: New York, New York
      December 5, 2007

                            FREEHILL HOGAN & MAHAR, LLP
                            Attorneys for Plaintiff
                            SEAFREEZERS S.A.

    By: _____
                            Pamela L. Schultz (PS 8675)
                            80 Pine Street
                            New York, NY 10005
                            (212) 425-1900
                            (212) 425-1901 fax

NYDOCS1/294914.1