**MEMO ENDORSED** *Lynch, J*

605-07/GMV/PLS
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff Seafreezers S.A.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Pamela L. Schultz (PS 8675)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAFREEZERS S.A.,

    Plaintiff

- against -

FRITO LAY MANUFACTURING LIMITED,

    Defendant

07 cv 11033 (GEL)

**NOTICE OF DISMISSAL PURSUANT TO FRCP 41(a)(1) and VOLUNTARY WITHDRAWAL OF ATTACHMENT**

The above entitled action is hereby discontinued without prejudice on application of the Plaintiff pursuant to Fed. R. Civ. 41(a)(1), the defendant not having appeared, filed an answer nor filed a motion for summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn and cancelled.

Dated: New York, New York
      December 31, 2007

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff

By: _____
Pamela L. Schultz (PS 8675)
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

NYDOCS1/296181.1

*[Signed]*
1/2/08